**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**ELIZABETH HOUSTON**                                                                    **PLAINTIFF**

**VS.**                                                                    **CIVIL ACTION NO. 4:25-CV-32-JMV**

**MAJESTIC MISSISSIPPI, LLC d/b/a
FITZGERALDS CASINO-TUNICA**                                                                    **DEFENDANT**

**ORDER GRANTING IN PART DEFENDANT'S MOTION TO REQUIRE PRO SE
PLAINTIFF TO COMPLY WITH RULE 5 OF THE RULES OF CIVIL PROCEDURE**

This matter comes before the court on the Defendant's "Motion to Require Pro Se Plaintiff to Comply with Rule 5 of the Rules of Civil Procedure." [Doc. 51]. Therein, counsel for Defendant "requests that Plaintiff be required to serve copies upon Counsel for Majestic of anything she files with the Court at any time." *Id.* at 1.

The Court notes that it does appear the pro se Plaintiff mailed a copy of the Notice of Appeal (Exh. A to [Doc. 51] at pg. 5) to an attorney not associated with this case. Should the pro se Plaintiff need to send copies to counsel for Defendant, Plaintiff should, unless instructed otherwise, use the following contact information:

> Richard Underwood
> Harris | Shelton, PLLC
> 6060 Primacy Parkway, Suite 100
> Memphis, Tennessee 38119
> Email: runderwood@harrisshelton.com

However, the Court notes that pursuant to Fed. R. Civ. P. 5(b)(2)(E), a paper is served by "sending it to a registered user by filing it with the court's electronic filing system . . . in . . . which event[] service is complete upon filing." In reviewing the docket, it appears that service of all pleadings, motions, and orders before this Court have been received by defense counsel by virtue

1

of his registration with the Court's electronic filing system, where notice has been electronically mailed to runderwood@harrisshelton.com.

      **SO ORDERED**, this, the 28th day of May, 2026.

s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**
